**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(Camden Vicinage)**

| | |
|---|---|
| AC OCEAN WALK, LLC t/a OCEAN RESORT CASINO,<br><br>                        Plaintiff,<br><br>v.<br><br>INVESTORS BANCORP., INC. d/b/a INVESTORS BANK AND CITIZENS FINANCIAL GROUP, INC. d/b/a CITIZENS BANK, NATIONAL ASSOCIATION,<br><br>                        Defendants. | Civil Action No.<br><br>**NOTICE OF REMOVAL**<br>**(Diversity)** |

TO:    Clerk,
          United States District Court
          District of New Jersey
          Mitchell H. Cohen Building & U.S. Courthouse
          4th & Cooper Streets Room 1050
          Camden, NJ 08101

          Josiah Knapp, Esq.
          Josiah Knapp Law, P.C.
          100 South Broad Street, Suite 930
          Philadelphia, PA 19110
          Attorney for Plaintiff,
          AC Ocean Walk, LLC t/a Ocean Resort Casino

        Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Citizens Bank, National Association, ("CBNA") incorrectly sued herein as Investors Bancorp, Inc. d/b/a Investors Bank and Citizens Financial Group, Inc. through its undersigned counsel, hereby removes to this Court the action captioned: *AC Ocean Walk, LLC t/a Ocean Resort Casino v. Investors Bancorp., Inc. d/b/a Investors Bank And Citizens Financial Group, Inc. d/b/a Citizens Bank, National Association*, filed in the Superior Court of the State of New Jersey, Law Division, Camden

County Vicinage, docket number CAM-L-002619-22 ( the "Action"). In support of this Notice of Removal, CBNA states:

1. This is a civil action over which U.S. District Courts have jurisdiction pursuant to 28 U.S.C. § 1441.

2. Pursuant to 28 U.S.C. §§ 1441, et seq., and 28 U.S.C. § 1332, et seq., the right exists to remove the Action from the Superior Court of New Jersey, Law Division: Camden County Vicinage, to U.S. District Court for the District of New Jersey, Camden Vicinage.

3. On October 4, 2022, Plaintiff filed a Complaint (the "Complaint") in the Superior Court of the State of New Jersey, Camden County Vicinage.

4. The Complaint alleges that as a result of Defendant's conduct, plaintiff has suffered damages in excess of $800,000.00 and demands judgment against Defendants in excess of $800,000.00

5. The Complaint named Investors Bancorp, Inc., Investors Bank and Citizens Financial Group, Inc. and CBNA as Defendants. *See*, **Exhibit A**.

6. CBNA received notice of the filing of the Complaint on or about October 5, 2022.

7. As of the time of this submission, CBNA has not filed a responsive pleading.

8. Plaintiff AC Ocean Walk, LLC t/a Ocean Resort Casino of New Jersey ("Ocean Walk") is a corporation, duly incorporated in the State of New Jersey, having a principal place of business in Atlantic County, New Jersey. *See* Complaint at ¶ 1.

9. For purposes of diversity jurisdiction, Ocean Walk is a citizen of the state of New Jersey.

10. Investors Bank was a corporation, incorporated in the State of Delaware, with corporate headquarters located at 101 John F. Kennedy Parkway, Short Hills, NJ 07078.

11. Citizens Financial Group, Inc., ("CFG") is a corporation, incorporated in the State of Rhode Island, with corporate headquarters located at 1 Citizens Plaza, Providence, Rhode Island 02903.

12. For purposes of diversity jurisdiction, CFG is a citizen of the state of Rhode Island.

13. As of April 7, 2022 CFG acquired and merged with Investors Bancorp, Inc. with CFG as the surviving corporation.

14. As part of the April 7, 2022 merger Investors Bank merged with CBNA, with CBNA becoming the surviving bank.

15. CBNA is a nationally chartered bank incorporated in the state of Rhode Island with corporate headquarters located at 1 Citizen's Plaza, Providence, Rhode Island 02903.

16. For purposes of diversity jurisdiction, CBNA is a citizen of the state of Rhode Island.

17. Pursuant to Local Rule 40.1, this matter is properly allocated to the Camden Vicinage, as the Complaint alleges that Camden County is the location where the events underlying this action took place. *See id*. at ¶ 3.

18. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

19. Removal from the Superior Court of New Jersey, Law Division: Camden County Vicinage, is proper under 28 U.S.C. § 1441(b), which authorizes the removal of any

civil action "if none of the parties in interest properly joined and served as a defendant is a citizen of the state in which such action is brought."

20. This Court has original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332 insofar as the parties are citizens of different states and the matter in controversy exceeds $75,000.00.

21. By filing this Notice of Removal, CBNA does not waive and expressly reserves the right to assert any defense or motion available.

22. Pursuant to Local Rule 5.2(1), CBNA attaches herewith as **Exhibit A** copies of all documents previously filed with the Superior Court of New Jersey.

23. Promptly after filing this Notice of Removal, a written Notice of Filing of this Notice of Removal will be served on Plaintiff's counsel, and to the Clerk of the Superior Court of New Jersey, Law Division: Camden County Vicinage as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, CBNA removes this entire action from the Superior Court of New Jersey, Law Division: Camden County Vicinage, to the United States District Court for the District of New Jersey, Camden Vicinage, and requests that this Court assume full jurisdiction over this case as provided by law.

Dated: October 31, 2022          **BRESSLER, AMERY & ROSS, P.C.**

By: */s/ Edward A. Velky*
Edward A. Velky
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
*Attorney for Defendant*
*Citizens Bank, National Association*