UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| AC OCEAN WALK, LLC t/a OCEAN RESORT CASINO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INVESTORS BANCORP., INC. d/b/a INVESTORS BANK AND CITIZENS FINANCIAL GROUP, INC. d/b/a CITIZENS BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 1:22-cv-06371-RBK-AMD<br><br>**STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

THIS MATTER having been brought before the Court on the application of Defendant Citizens Bank, National Associate, incorrectly sued herein as Investors Bancorp d/b/a Investors Bank and Citizens Financial Group, Inc. (collectively "CBNA" or "Defendants"), and the Plaintiff, AC Ocean Walk LLC t/a Ocean Resort Casino having consented herein, (collectively, the "Parties"), by and through their counsel, for the entry of a Stipulation and Consent Order extending the time for Defendants CBNA to answer Plaintiff's Complaint to and including January 9, 2023; and it being further stipulated:

　　　1.　　On October 4, 2022, Plaintiff filed a Complaint in the Superior Court of New Jersey, Camden County, Law Division, bearing Docket No. LCV20223535472;

　　　2.　　On October 31, 2022, CBNA removed the instant matter to the United States District Court for the District of New Jersey, Camden Vicinage, based upon Diversity Jurisdiction (*ECF* 1);

3. Counsel for the Parties previously agreed and consented that Defendants had until December 19, 2022 to answer, move, or otherwise respond to Plaintiff's Complaint (*ECF* 3);

4. Counsel for the Parties have now agreed and consented that Defendants have up to and including January 9, 2023, to answer Plaintiff's Complaint.

**WHEREAS** the Parties having consented to the substance and entry of this Order; and for good cause having been shown for the entry of this Order;

IT IS on this 3rd day of ~~December 2022;~~ January 2023

**ORDERED** that the time in which Defendants have to file an Answer to Plaintiff's Complaint **BE AND IS HEREBY** extended to and including January 9, 2023.

**IT IS FURTHER ORDERED** that as the Parties held their Rule 26(f) conference on December 6, 2022, the Parties will engage in an exchange of their Initial Disclosures on or before January 17, 2023.

_____
Honorable Ann Marie Donio, U.S.M.J.

The undersigned hereby consent to the form and entry of the within Order.

| | |
|---|---|
| */s/ Josiah Knapp* | */s/ Edward A. Velky* |
| Josiah Knapp | Edward A. Velky |
| Josiah Knapp Law, P.C. | Bressler, Amery & Ross, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |