Josiah Knapp Law, PC
By:  Josiah Knapp, Esquire
New Jersey Attorney ID: 040921990
100 South Broad Street, Suite 930
Philadelphia, PA 19110
Attorney for the Plaintiff

| | |
|---|---|
| AC Ocean Walk, LLC t/a Ocean Resort Casino,<br><br>Plaintiff(s)<br><br>v.<br><br>Investors Bancorp Inc., dba Investors Bank and Citizens Financial Group, Inc. dba Citizens Bank, National Association,<br>Defendant(s) | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY CAMDEN VICINAGE<br><br>Civil Action No. 1:22-cv-06371-RBK-AMD<br><br>**MOTION FOR REMAND** |

To    Edward A. Velky, Esq.
       Thomas Roberts, Esq.
       BRESSLER, AMERY & ROSS
       325 Columbia Turnpike
       Florham Park, New Jersey 07932
       evelky@bressler.com


**PLEASE TAKE NOTICE** that on April 17, 2023, or as soon thereafter as counsel may

be heard, the undersigned attorneys for Plaintiff AC Ocean Walk, LLC t/a Ocean Resort Casino,

shall move this Honorable Court on behalf of Plaintiff for an Order, pursuant to 28 U.S.C.

§1447(c) remanding this case to the Superior Court of New Jersey, Camden County, Law

Division.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, the undersigned shall rely upon the annexed Memorandum of Law, Certification of Norris Nissim, Esq., Proposed Form of Order, and Certification of Service.


Date:   March 21, 2023                          Respectfully submitted

                                                JOSIAH KNAPP LAW, PC

                                                By:   _____

                                                Josiah Knapp, Esq. (Bar No. 040921990)
                                                JOSIAH KNAPP LAW
                                                100 South Broad St., Suite 930
                                                Philadelphia, PA 19110
                                                (215) 419-5880
                                                Knapp@Josiahknappalaw.com
                                                Attorney for Plaintiff, AC Ocean Walk, LLC
                                                t/a Ocean Resort Casino